United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DONG NGUYEN, et al.,<br><br>　　　　　Defendants. | Case No.  5:20-cv-02072-EJD<br><br>**ORDER VACATING JUNE 17, 2021 STATUS CONFERENCE; ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Samuel Love filed the present action on March 25, 2020. Dkt. No. 1. Defendants Dong Nguyen and Ngoc Dung Huynh filed an answer on June 3, 2020. Dkt. No. 11. Plaintiff filed the summons return on June 10, 2020. Dkt. No. 12. Plaintiff has taken no further action in the case since.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Plaintiff is directed to file a written response to this order by **June 21, 2021**, and to appear before the Court on **July 1, 2021, at 10:00 a.m.** and show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff fails to file a written response by June 21, 2021, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

///

///

///

Case No.: 5:20-cv-02072-EJD
ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

1

The status conference scheduled for June 17, 2021 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 14, 2021

					_____
					EDWARD J. DAVILA
					United States District Judge