UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>v.<br><br>DONG NGUYEN, et al.,<br><br>        Defendants. | Case No. 5:20-cv-02072-EJD<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

Plaintiff Samuel Love filed the present action on March 25, 2020 and the summons return on June 10, 2020. Dkt. Nos. 1, 12. He has taken no further action in the case since. On June 14, 2021, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute and ordered Plaintiff to file a written response by June 21, 2021. Dkt. No. 19. The Court advised Plaintiff that if he failed to file a written response by June 21, the Court would dismiss the action with prejudice. *Id.* at 1.

Plaintiff did not file a written response by June 21, 2021. The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Accordingly, the Court DISMISSES this action with prejudice pursuant to Rule 41(b).

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 22, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-02072-EJD
ORDER DISMISSING ACTION

1